**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **AYOUB ABBADA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-3275-HE** |
| | ) | |
| **CHRIS GANTT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER TO CURE DEFICIENCIES**

The Court has received the habeas corpus petition filed by counsel Hanna Doudican on behalf of Petitioner. Doc. 1. It appears counsel is not admitted to practice in this Court. Counsel must apply for admission pro hac vice under LCvR83.2(g). Once admitted, she must file an entry of appearance under LCvR83.4.

Counsel has also not paid the $5.00 filing fee or submitted a motion for leave to proceed in forma pauperis on Petitioner's behalf.

Counsel shall cure these deficiencies by **November 23, 2026**. Failure to comply with this Order may result in the Court dismissing this action.

**SO ORDERED** this 17th day of November, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE